UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAPITAL ONE, NATIONAL ASSOCIATION,

                                  Plaintiff,

-against –

KINPIT ASSOCIATES L. P. f/k/a KINPIT
ASSOCIATES, ET AL.,

                                  Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No. 12CV01573

        **PLEASE TAKE NOTICE**, that The City of New York, on behalf of the defendant named herein as New York City Bureau of Highway Operations, hereby appears in the above entitled action and waives service of all papers and notice of all proceedings in said action, except amended pleadings, notices of settlement of judgments and orders, notices of entry of judgments and orders, notices of application for discontinuance of the action, referee reports, and all surplus money proceedings.

Dated: New York, New York
        May 2, 2012

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of The City of New York
                                          Attorney for The City of New York
                                          100 Church Street, Room 3-106
                                          New York, New York 10007
                                          (212) 788-1147

                                          _____
                                          By:   Karen Ross (KR-6445)
                                                  Senior Counsel

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )

COUNTY OF NEW YORK    )  : **SS:**

Michael Fisher, an employee in the New York City Law Department, over the age of 18, and not a party to the action herein, being duly sworn, deposes and says: On **May 3, 2012,** I served a true and complete copy of the within~

## NOTICE OF APPEARANCE

by mail upon the Attorney(s) for Plaintiff(s) by personally depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper into an official depository of the United States Postal Service at 100 Church Street, in the Borough of Manhattan, City of New York, within the State of New York, and directed to Attorney(s) for Plaintiff(s) at the address listed below, said address being designated by them for that purpose:

**Schiff Hardin LLP**
**Attorneys for Plaintiff**
**Thomas P. Battisoni**
**666 Fifth Avenue / 17th Flr**
**New York, NY 10103**

_____
Michael Fisher

Sworn to before me, this
**3rd Day of May, 2012**

_____
NOTARY PUBLIC

KAMMAE OWENS
Notary Public, State of New York
No. 01OW6224603
Qualified in Kings County
Commission Expires July 06, 2014

2011240

Index No. 12CV01573

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CAPITAL ONE, NATIONAL ASSOCIATION,

Plaintiff,

-against-

KINPIT ASSOCIATES L. P. f/k/a KINPIT ASSOCIATES, ET AL.,

Defendants.

NOTICE OF APPEARANCE

MICHAEL A CARDOZO
Corporation Counsel of The City of New York
Attorney for The City of New York
100 Church Street, Room 3-106
New York, New York 10007
Of Counsel: Karen Ross
Tel.: (212) 788-1147
LM No. 2012-0

Due and timely service is hereby admitted.

New York, N.Y. .................................., 2012

.................................. Esq.

Attorney for ..................................