```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
CAPITAL ONE, NATIONAL ASSOCIATION
                                                NOTICE OF APPEARANCE
                                                AND WAIVER IN FORECLOSURE
                        Plaintiff,
                                                Civil Case No. 12-1573(DLI)
    -against-

KINPIT ASSOCIATES L.P. f/k/a KINPIT
ASSOCIATES, APPROVED OIL CO.,
ADVANTAGE WHOLESALE SUPPLY LLC, et al

                        Defendants.
------------------------------------x
```

**SIR:**

**PLEASE TAKE NOTICE**, that the defendant, ADVANTAGE WHOLESALE SUPPLY, LLC hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for said defendant therein and hereby waives service of all papers and of notices of all proceedings in said action except notice of sale and notice of proceedings to obtain surplus moneys.

```
DATED: Haverstraw, New York
       May 14, 2012                    Yours, etc.,


                                       _____
                                       WILLIAM M. STEIN (WS6263)
                                       STEIN & STEIN, LLP
                                       Attorneys for Defendant
                                       ADVANTAGE WHOLESALE SUPPLY, LLC
                                       One Railroad Square
                                       Haverstraw, NY 10927
                                       (845)429-3900

TO: Thomas P. Battistoni
    Schiff Hardin LLP
    Attorneys for Plaintiff Capital One National Association
    666 Fifth Avenue, 17th Floor
    New York, N 10103
    212-753-5000


RD14767NOAF
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
CAPITAL ONE, NATIONAL ASSOCIATION
                                                        AFFIDAVIT OF SERVICE
                                   Plaintiff,
                                                        Civil Case No. 12-1573(DLI)
     -against-

KINPIT ASSOCIATES L.P. f/k/a KINPIT
ASSOCIATES, APPROVED OIL CO.,
ADVANTAGE WHOLESALE SUPPLY LLC, et al

                                   Defendants.



                                   Defendants.
------------------------------------------------------x
```

STATE OF NEW YORK, COUNTY OF ROCKLAND      ss:

   __Ruth Diaz__ being sworn says: I am not a party to the action, am over 18 years of age and reside at _Nanuet_, New York.

   On May 14, 2012, I served a true copy of the annexed **NOTICE OF APPEARANCE AND WAIVER IN FORECLOSURE** in the following manner:

| | |
|---|---|
| XXXXX | by mailing the same in a sealed envelope, with postage |
| service | prepaid thereon, in a post-office or official depository |
| by mail | of the U.S. Postal service within the State of New York, |
| | addressed to the last known address of the addressee(s) |

```
TO: Thomas P. Battistoni
    Schiff Hardin LLP
    Attorneys for Plaintiff Capital One National Association
    666 Fifth Avenue, 17th Floor
    New York, N 10103
    212-753-5000
```

_____
RUTH DIAZ

Sworn to before me on May 14, 2012

_____
Notary Public

WILLIAM STEIN
Notary Public, State of New York
No. 4626151
Qualified in Rockland County
Commission Expires November 30, 20__

15767